UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AMANDA JOHNSON,

                                  Plaintiff,          18 Civ. 09786 (LGS)

              -against-                           <u>ORDER</u>

L'OREAL USA,

                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 2, 2020, a case management conference was scheduled for May 28, 2020, at 10:40 a.m. (Dkt. No. 32);

       WHEREAS, on April 16, 2020, the parties' request to extend discovery was granted and a case management plan and scheduling order was issued, scheduling a case management conference for September 24, 2020 (Dkt. No. 42).  It is hereby

       ORDERED that the case management conference scheduled for May 28, 2020 is CANCELED.

Dated: May 21, 2020
       New York, New York

                                                              LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE