Application GRANTED.  The parties shall file the joint status letter by June 15, 2020.

Dated: June 1, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

May 29, 2020

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

      Re:    *Amanda Johnson v. L'Oréal USA*,
             Case No. 18-cv-9786 (LGS)

Dear Judge Schofield:

      We represent Plaintiff Amanda Johnson in the above-referenced matter. We write to respectfully request an extension of the June 1, 2020 deadline for the parties to submit a joint status letter pursuant to the Court's Individual Rule IV.A.2.  The parties have conferred and Defendant consents to our request.  This is the first request for an extension of the June 1 status letter deadline.

      We appeared in this case on May 20, 2020 (*see* ECF Nos. 43-44) and our substitution for Vladeck, Raskin & Clark, PC ("VRC") as plaintiff's counsel became effective yesterday, May 28, 2020, with the Court's granting of VRC's motions to withdraw as counsel (*see* ECF Nos. 52-55).  As newly-retained counsel, we are working diligently to get up to speed on the case, including by reviewing the discovery undertaken to date.  The parties have scheduled an initial meet and confer for Tuesday, June 2, 2020, to discuss the status of discovery. Defendant also has informed us that it intends to make a supplemental document production on or before June 8, 2020.  Therefore, in order to be able to provide the Court with a meaningful case status update, we respectfully request an extension to June 15, 2020 for the parties to submit the joint status letter.

      We thank the Court for its consideration.

                                          Respectfully Submitted,

                                          Gregory S. Chiarello

cc:    All Parties (via ECF)

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
Chicago  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com