UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                 :

AMANDA JOHNSON,                    :
                                 :

                    Plaintiff,     :          18 Civ. 09786 (LGS)
                                 :

          -against-           :            <u>ORDER</u>
                                 :

L'OREAL USA,                     :
                                 :

                    Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held on July 30, 2020.  As discussed at the conference, it is

       **ORDERED** that, by **August 10, 2020**, Defendant shall file a status letter, (1) apprising

the Court of the status of ESI production, including text messages and, if there remain emails and

text messages to be produced, anticipated production deadlines; and (2) providing additional

detail regarding what caused the production failures discussed at the conference, including the

omission of emails from the June 2018- June 2019 time period from collection and the failure to

produce the specific emails identified from earlier periods.

Dated: July 30, 2020
       New York, New York

                            **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**