```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AMANDA JOHNSON,                                                        :
                                                                       :
                             Plaintiff,                                :
                                                                       :         18-CV-9786 (JPC)
           -v-                                                         :
                                                                       :         ORDER
L'OREAL USA,                                                           :
                                                                       :
                             Defendant.                                :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Plaintiff's letter-motion for discovery (Dkt. 85); Defendant's letter-motion seeking leave to discuss its anticipated motion for summary judgment at the December 16, 2020 Conference (Dkt. 86); Defendant's response to Plaintiff's letter-motion for discovery (Dkt. 87); and Plaintiff's response to Defendant's letter-motion regarding its anticipated motion for summary judgment (Dkt. 88). It is hereby ORDERED that the Court will discuss both requests at the December 16, 2020 Conference.

      The Clerk of the Court is respectfully directed to terminate the motions pending at documents numbers 85 and 86.

      SO ORDERED.

Dated: December 8, 2020
      New York, New York                                    JOHN P. CRONAN
                                                                           United States District Judge