UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMANDA JOHNSON,

                     Plaintiff,

    -against-                                      18 **CIVIL** 9786 (JPC)

                                                           **JUDGMENT**

L'ORÉAL USA,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 30, 2021, L'Oreal's motion for summary judgment is granted on all claims, except that it has declined to exercise supplemental jurisdiction over claims under the NYCHRL and therefore those claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2021

                                                           **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                             **BY:**      *K. Mango*

                                                             **Deputy Clerk**