```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
AMANDA JOHNSON,                                                        :
                                                                       :
                                Plaintiff,                             :
                                                                       :          18 Civ. 9786 (JPC)
                -v-                                                    :
                                                                       :                ORDER
L'ORÉAL USA,                                                           :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Plaintiff Amanda Johnson's motion to alter or amend the Court's Order, Dkt. 127, and Judgment, Dkt. 128, entered on September 30, 2021. Dkt. 129. As the Court made clear in the Order, it did not reach Plaintiff's claims under the New York City Human Rights Law ("NYCHRL") on summary judgment. Dkt. 127 at 38. The Court granted Defendant's motion for summary judgment on Plaintiff's federal and state law claims but declined to exercise supplemental jurisdiction over Plaintiff's NYCHRL claims and dismissed those claims without prejudice. *Id.* The Court declines to further clarify the Order at this time. Accordingly, Plaintiff's motion is denied and the Clerk of Court is respectfully directed to terminate the motion pending at Docket 129.

       SO ORDERED.

Dated: October 29, 2021
       New York, New York

                                                    JOHN P. CRONAN
                                                   United States District Judge